AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | March 10, 2008 |

| NAME OF SERVER *(PRINT)* Shaida Safai | TITLE Law Clerk |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify):  By serving mailroom personnel.  Service was completed at 950 Pennsylvania Avenue, NW, Washington, DC 20530 and by certified mail pursuant to Federal Rules of Civil Procedure 4(e) and 4(i).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   March 11, 2008        *Shaida Safai*
              Date                   Signature of Server

U.S. House of Representatives
219 Cannon
Washington, DC 20515
202-225-9700

*Address of Server*

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530   OFFICIAL USE

| Postage | $2.33 |
| Certified Fee | $2.65 |
| Return Reciept Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.98 |

Postmark: USPS LONGWORTH 03 HOUSE  MAR 10 2008
POST 03/10/2008 WASHINGTON DC 20515

Sent To: US Attorney General
Department of Justice
Street, Apt. No.; or PO Box No.   Room B-103
City, State, ZIP+4   950 Pennsylvania Avenue, NW
Washington, DC 20530

PS Form 3800, June 2002      See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure