AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 10, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Shaida Safai | Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): By serving Mary Beth Bakke, Assistant to Mr. Fred Fielding, White House Counsel. Mr. Fielding agreed to accept service on behalf of defendant, Mr. Bolten.

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   March 11, 2008         *Shaida Safai* (signature)
                   Date                  *Signature of Server*
                                         U.S. House of Representatives
                                         219 Cannon
                                         Washington, DC 20515
                                         202-225-9700

                                         *Address of Server*

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20500

| | |
|---|---|
| Postage | $1.99 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

Postmark: MAR 10 2008

Sent To: Joshua Bolten
Street, Apt. No. or PO Box No.: 1600 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20500

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure