AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 10, 2008 |

| NAME OF SERVER (PRINT)  Shaida Safai | TITLE  Law Clerk |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): By serving mailroom personnel. Service was completed at 555 4th Street, NW, Washington, DC 20001 and by certified mail pursuant to Federal Rules of Civil Procedure 4(e) and 4(i).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   March 11, 2008        *Shaida Safai* (signature)
              Date                   *Signature of Server*

U.S. House of Representatives
219 Cannon
Washington, DC 20515
202-225-9700

*Address of Server*

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20001

| Postage | $2.33 |
| Certified Fee | $2.65 |
| Return Reciept Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.98 |

Sent To: Mr. Jeffrey Taylor
         U S Attorney
Street, Apt. No.; or PO Box No.: 555 4th Street, NW
City, State, ZIP+4: Washington, DC 20001

Postmark: MAR 10 2008 LONGWORTH HOUSE POST OFFICE WASHINGTON DC 20515

PS Form 3800, June 2002    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure