AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 10, 2008 |
| NAME OF SERVER (PRINT) Shaida Safai | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service completed via Federal Express to Mr. George Manning, defendant's attorney, who agreed to accept service at 2727 North Harwood Street, Dallas, TX 75201.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on    March 11, 2008
             Date

*Signature of Server*

U.S. House of Representatives
219 Cannon
Washington, DC 20515
202-225-9700

*Address of Server*

---

FedEx US Airbill  8600 9585 1630  0215  SPH12

Date 3/10/08
Sender: Irvin B. Nathan  Phone 202-225-9700
Company: GENERAL COUNSEL
Address: 319 CANNON HOUSE OFC BLDG
WASHINGTON, DC 20515-0001

To: George Manning  Phone 214-969-3676
Address: 2727 North Harwood Street
Dallas, TX 75201

0350336012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure