IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON THE JUDICIARY,<br>U.S. HOUSE OF REPRESENTATIVES,<br><br>                    *Plaintiff*,<br><br>    v.<br><br>HARRIET MIERS and JOSHUA BOLTEN,<br><br>                    *Defendants*. | Case No. 1:08-cv-00409 (JDB) |

**MOTION TO CONVENE STATUS CONFERENCE TO
ESTABLISH EXPEDITED BRIEFING SCHEDULE**

Plaintiff Committee on the Judiciary of the United States House of Representatives hereby moves this Court, pursuant to Federal Rule of Civil Procedure 16(a), to convene a status conference at the Court's earliest convenience to establish an expedited briefing schedule in this case. This Motion is supported by the Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion to Convene Status Conference to Establish Expedited Briefing Schedule filed by Plaintiff contemporaneously herewith.

A proposed order is attached and oral argument on this motion is not requested.

Respectfully submitted,


/s/ Irvin B. Nathan
IRVIN B. NATHAN, DC BAR #90449
General Counsel

KERRY W. KIRCHER, DC BAR #386816
Deputy General Counsel
DAVID PLOTINSKY
Assistant Counsel
CHRISTINE M. DAVENPORT
Assistant Counsel
JOHN D. FILAMOR, DC BAR # 476240
Assistant Counsel
RICHARD A. KAPLAN, DC BAR # 978813
Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

Counsel for Plaintiff Committee on the Judiciary
of the U.S. House of Representatives

March 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON THE JUDICIARY,<br>U.S. HOUSE OF REPRESENTATIVES,<br><br>            *Plaintiff*,<br><br>       v.<br><br>HARRIET MIERS and JOSHUA BOLTEN,<br><br>            *Defendants*. | Case No. 1:08-cv-00409 (JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO CONVENE STATUS CONFERENCE
TO ESTABLISH EXPEDITED BRIEFING SCHEDULE**

This case brought by the Committee on the Judiciary of the U.S. House of Representatives ("Judiciary Committee") raises important constitutional questions – the enforcement in Court of congressional subpoenas against one former and one current White House aide who claim to possess "immunity" from such process – in the context of an uncompleted congressional investigation into allegations of partisan manipulation by the Executive Branch of the fair and impartial enforcement of federal criminal law. The suit has been expressly authorized by the U.S. House of Representatives. *See* Complaint for Declaratory and Injunctive Relief ¶ 68 (Mar. 10, 2008) ("Complaint").

Pursuant to Rule 16(a) of the Federal Rules of Civil Procedure, Plaintiff Judiciary Committee respectfully requests a prompt status conference for all three parties with the Court to establish an expedited briefing schedule so that key issues can be resolved while the Congress is

in session and with adequate time for the Judiciary Committee to go forward with its investigation and to pursue appropriate legislative remedies.

As authorized by Federal Rule of Civil Procedure 56(a), Plaintiff Judiciary Committee intends to move at the expiration of 20 days from the commencement of this action for partial summary judgment to obtain legal rulings on the "immunity" issues where there are no genuine issues of material fact. Plaintiff Judiciary Committee is amenable to providing Defendants with time to respond in excess of that prescribed by the rules; however, Plaintiff Judiciary Committee also desires to have the issues fully briefed by mid-May, so as to enable the Court to hear argument at its convenience, and rule, as promptly thereafter as possible. Thus, if the Judiciary Committee is successful, its investigation may go forward prior to the Congress's August recess. The national interest warrants the prompt resolution of the constitutional issues raised in this suit and the questions posed by the congressional investigation underlying it.

Plaintiff Judiciary Committee has attempted to establish an appropriate schedule with counsel for the Defendants, but unfortunately, the parties have been unable to reach agreement. Given the critical nature of the issues presented by this suit, and the importance of their speedy resolution, we request a status conference to set a briefing schedule at the Court's earliest opportunity.

Respectfully submitted,


/s/ Irvin B. Nathan
IRVIN B. NATHAN, DC BAR #90449
General Counsel

KERRY W. KIRCHER, DC BAR #386816
Deputy General Counsel
DAVID PLOTINSKY
Assistant Counsel
CHRISTINE M. DAVENPORT
Assistant Counsel
JOHN D. FILAMOR, DC BAR # 476240
Assistant Counsel
RICHARD A. KAPLAN, DC BAR # 978813
Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

Counsel for Plaintiff Committee on the Judiciary
of the U.S. House of Representatives

March 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I served the Motion to Convene Status Conference to Establish Briefing Schedule and the Memorandum of Points and Authorities in Support thereof, through the electronic case filing system, and by .pdf email on the following:

>George T. Manning, Esq.
>Jones Day
>2727 North Harwood Street
>Dallas, TX   75201-1515
>Email: gtmanning@jonesday.com
>
>Carl J. Nichols, Esq.
>Deputy Assistant Attorney General
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C.  20001
>Email:  carl.nichols@usdoj.gov

>   /s/ Richard A. Kaplan
>Richard A. Kaplan
>Email:  rick.kaplan@mail.house.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY,<br>U.S. HOUSE OF REPRESENTATIVES,<br><br>        *Plaintiff*,<br><br>        v.<br><br>HARRIET MIERS and JOSHUA BOLTEN,<br><br>        *Defendants*. | Case No. 1:08-cv-00409 (JDB) |

**ORDER**

It is hereby

**ORDERED** that a status conference concerning the briefing schedule in this matter shall be held on March __, 2008, at __:__ _._. and counsel for all parties shall attend.

**SO ORDERED.**

March __, 2008

                                                                                                                                  John D. Bates<br>
                                                                                                                                 District Judge