UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 18 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMMITTEE ON THE JUDICIARY, U.S.
HOUSE OF REPRESENTATIVES,

    Plaintiff,

    v.

HARRIET MIERS, et al.,

    Defendants.

Civil Action No. 08-00409 (JDB)

## ORDER

On March 17, 2008, plaintiff in this case -- the Committee on the Judiciary of the U.S. House of Representatives ("Judiciary Committee") -- filed a motion requesting that the Court schedule a status conference in this case to establish an expedited briefing schedule. Through that motion, the Judiciary Committee indicated that it intends to file a motion for partial summary judgment at the earliest time authorized by the Federal Rules of Civil Procedure. The Committee explained that it is willing to provide defendants with an extended period of time to respond to that motion, but the parties have failed to reach a mutually agreeable briefing schedule on their own accord. Accordingly, it is hereby **ORDERED** that:

1. By not later than close-of-business on March 19, 2008, the parties shall each submit a written memorandum of not more than two pages outlining their proposed schedule for this proceeding.

2. A telephonic status conference is scheduled for 10 a.m. EST on March 21, 2008 to discuss this matter.

**SO ORDERED**.

*/s/ John D. Bates*
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Date: March 17, 2008