# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, 2138 Rayburn House Office Bldg., Washington, D.C. 20515<br><br>                Plaintiff,<br><br>v.<br><br>HARRIET MIERS, 12076 Tavel Circle Dallas, TX 75230<br><br>and<br><br>JOSHUA BOLTEN, in his capacity as custodian of White House records, 1600 Pennsylvania Ave., N.W., Washington, D.C. 20500<br><br>                Defendants. | Civil Action No. 1:08cv00409 (JDB) |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and parties of record:

Please take notice that Helen H. Hong, Trial Attorney, Federal Programs Branch, Civil Division in the United States Department of Justice, enters her appearance as counsel for defendants in the above-captioned case.

//


//

-1-

Please note the following contact information for Ms. Hong:

| Address for U.S. Mail | Address for Overnight Mail and Hand Delivery |
|---|---|
| Helen H. Hong<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044 | Helen H. Hong<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W., Rm 6132<br>Washington, D.C. 20530 |

Tel: (202) 514-5838
Fax: (202) 616-8460
E-Mail: Helen.Hong@usdoj.gov


Dated: March 19, 2008                    Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General
Federal Programs Branch, Civil Division

JOSEPH H. HUNT
Director, Federal Programs Branch

JAMES J. GILLIGAN
Assistant Branch Director, Federal Programs Branch


/s/   Helen H. Hong
JOHN R. TYLER (D.C. Bar No. 297713)
NICHOLAS OLDHAM (D.C. Bar No. 484113)
HELEN H. HONG (CA SBN 235635)
20 Massachusetts Avenue, N.W. Rm 6132
Washington, DC  20530
Telephone: (202) 514-5838
Email: helen.hong@usdoj.gov

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, a true and correct copy of the foregoing Notice of Appearance was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

/s/ Helen H. Hong
HELEN H. HONG

**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES**

I, Helen H. Hong, pursuant to Local Civil Rule 83.2(j), hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia, and other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

/s/ Helen H. Hong
HELEN H. HONG