UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, 2138 Rayburn House Office Bldg., Washington, D.C. 20515 | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HARRIET MIERS, 12076 Tavel Circle Dallas, TX 75230 | ) ) ) ) | Civil Action No. 1:08cv00409 (JDB) |
| and | ) ) | |
| JOSHUA BOLTEN, in his capacity as custodian of White House records, 1600 Pennsylvania Ave., N.W., Washington, D.C. 20500 | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and parties of record:

Please take notice that John R. Tyler, Senior Trial Counsel, Federal Programs Branch, Civil Division, United States Department of Justice, hereby enters his appearance on behalf of defendants in the above-captioned case.

Please note the following contact information for Mr. Tyler:

| Address for U.S. Mail | Address for Overnight Mail and Hand Delivery |
|---|---|
| John R. Tyler<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br><br>Tel: (202) 514-2356<br>Fax: (202) 616-8470<br>E-Mail: John.Tyler@usdoj.gov | John R. Tyler<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W., Rm 3744<br>Washington, D.C. 20530 |

Dated: March 19, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General
Federal Programs Branch, Civil Division

JOSEPH H. HUNT
Director, Federal Programs Branch

JAMES J. GILLIGAN
Assistant Branch Director, Federal Programs Branch

 /s/   John R. Tyler
JOHN R. TYLER (D.C. Bar No. 297713)
NICHOLAS OLDHAM (D.C. Bar No. 484113)
HELEN H. HONG
20 Massachusetts Avenue, N.W. Rm 7344
Washington, DC  20044
Telephone: (202) 514-2356

ATTORNEYS FOR DEFENDANTS