IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
COMMITTEE ON THE JUDICIARY,         )
U.S. HOUSE OF REPRESENTATIVES,      )
                                    )
            *Plaintiff*,            )   Case No. 1:08-cv-00409 (JDB)
                                    )
      v.                            )
                                    )
HARRIET MIERS, *et al.*,            )
                                    )
            *Defendants*.           )
_____ )

**MEMORANDUM OUTLINING PLAINTIFF'S PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's Order of March 17, 2008, Plaintiff Committee on the Judiciary of the U.S. House of Representatives ("Committee") respectfully submits this Memorandum setting forth its proposed briefing schedule.

The Committee intends to seek partial summary judgment at this stage of the litigation on Counts I and II of its Complaint. These counts involve Defendant Miers's claim that as a private citizen she need not even appear in response to a congressional subpoena, and both Defendants' claim that they may also simply disregard their congressional subpoenas' requirement to provide a privilege log when withholding documents on an asserted ground of privilege. These narrow issues may be readily briefed by the parties and resolved promptly by the Court. Thereafter, the remainder of the litigation may also be resolved expeditiously by fully informed motions for summary judgment.

The schedule proposed by the Committee provides the Defendants with ample time to brief this limited matter fully and fairly, while also enabling this phase of the litigation to be resolved before it is too late for the Committee to obtain meaningful relief in this Congress. The

Committee's investigation of matters relating to the forced resignations of nine U.S. Attorneys has not yet been completed, largely because it has been stymied by an unprecedented and unlawful claim of executive "immunity" from congressional subpoenas, asserted by the Defendants at the "direction" of White House Counsel. The Committee seeks to resolve this litigation expeditiously so that it can obtain the information sought by its subpoenas, complete its investigation, and take any resulting legislative action before the 110th Congress ends in January, 2009.

The Committee proposes the following briefing schedule:

- Plaintiff's motion for partial summary judgment – March 31, 2008
- Defendants' opposition, and any dispositive cross-motions – April 18, 2008
- Plaintiff's reply, and opposition to any dispositive cross-motions – May 2, 2008
- Defendants' reply (if any dispositive cross-motions are filed) – May 14, 2008

This briefing schedule provides the Defendants with ample time to respond to the motion for partial summary judgment. The Department of Justice, White House Counsel, and Ms. Miers's attorney have been dealing with this issue since at least last June and should not need any longer than three weeks to set forth the basis of the legal claims that have led to this litigation. This schedule also allows the issues to be fully briefed by mid-May so the Court can hear oral argument and rule as promptly thereafter as possible. Congressional investigations operate as a crucial safeguard against government misconduct, and the national interest is thus served by prompt judicial resolution of the Defendants' claim that both a former and current White House employee are absolutely immune from congressional process.

Respectfully submitted,

<u>/s/ Irvin B. Nathan</u>
IRVIN B. NATHAN, DC Bar # 90449
General Counsel
KERRY W. KIRCHER, DC Bar # 386816
Deputy General Counsel
DAVID PLOTINSKY
Assistant Counsel
CHRISTINE M. DAVENPORT
Assistant Counsel
JOHN D. FILAMOR, DC Bar # 476240
Assistant Counsel
RICHARD A. KAPLAN, DC Bar # 978813
Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

Counsel for Plaintiff Committee on the Judiciary
of the U.S. House of Representatives

March 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, I served the Memorandum Outlining Plaintiff's Proposed Briefing Schedule, through the electronic case filing system, and by .pdf e-mail, on the following:

>George T. Manning, Esq.
>Jones Day
>2727 North Harwood Street
>Dallas, TX  75201-1515
>E-mail: gtmanning@jonesday.com
>
>Carl J. Nichols, Esq.
>Deputy Assistant Attorney General
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C.  20001
>E-mail:  carl.nichols@usdoj.gov

>/s/ David Plotinsky
>David Plotinsky
>E-mail:  David.Plotinsky@mail.house.gov