## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY,<br>UNITED STATES HOUSE OF<br>REPRESENTATIVES,<br>2138 Rayburn House Office Bldg.,<br>Washington, D.C. 20515<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HARRIET MIERS,<br>12076 Tavel Circle<br>Dallas, TX 75230<br><br>and<br><br>JOSHUA BOLTEN, in his capacity as<br>custodian of White House records,<br>1600 Pennsylvania Ave., N.W.,<br>Washington, D.C. 20500<br><br>　　　　　　　Defendants. | Civil Action No. 1:08cv00409 (JDB) |

### **NOTICE OF APPEARANCE**

To the Clerk of this Court and parties of record:

Please take notice that Nicholas A. Oldham, Trial Attorney, Federal Programs Branch, Civil Division in the United States Department of Justice, enters his appearance as counsel for defendants in the above-captioned case.

//

//

-1-

Please note the following contact information for Mr. Oldham:

| <u>Address for U.S. Mail</u> | <u>Address for Overnight Mail and Hand Delivery</u> |
|---|---|
| Nicholas A. Oldham | Nicholas A. Oldham |
| U.S. Department of Justice | U.S. Department of Justice |
| Civil Division, Federal Programs Branch | Civil Division, Federal Programs Branch |
| P.O. Box 883 | 20 Massachusetts Avenue, N.W., Rm 7204 |
| Washington, D.C. 20044 | Washington, D.C. 20530 |

Tel: (202) 514-3367
Fax: (202) 616-8470
E-Mail: Nicholas.Oldham@usdoj.gov

Dated: March 19, 2008                Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General
Federal Programs Branch, Civil Division

JOSEPH H. HUNT
Director, Federal Programs Branch

JAMES J. GILLIGAN
Assistant Branch Director, Federal Programs Branch

/s/   Nicholas A. Oldham
JOHN R. TYLER (D.C. Bar No. 297713)
NICHOLAS OLDHAM (D.C. Bar No. 484113)
HELEN H. HONG (CA SBN 235635)
20 Massachusetts Avenue, N.W. Rm 7204
Washington, DC  20044
Telephone: (202) 514-3367

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 19, 2008, a true and correct copy of the foregoing Notice of Appearance was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          /s/ Nicholas A. Oldham
                                          Nicholas A. Oldham