UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, ) <br> UNITED STATES HOUSE OF ) <br> REPRESENTATIVES, ) <br>           ) <br>     Plaintiff, ) <br>   v.    ) <br>           ) <br> HARRIET MIERS, et al., ) <br>           ) <br>     Defendants. ) <br>           ) | Civil Action No. 1:08-cv-00409 (JDB) |

DEFENDANTS' PROPOSED BRIEFING SCHEDULE

Defendants, through undersigned counsel, respectfully submit this response to the Court's March 17, 2008 Order.

This case raises complex constitutional issues of first impression that bear on inter-branch relationships and on the operations of the Executive Branch at its highest levels. Nevertheless, Plaintiff has proposed a schedule that would require the parties to file briefs on a highly expedited basis and solely on Plaintiff's motion for partial summary judgment (on Counts I and II of the Complaint, the only counts on which Plaintiff apparently intends to move for summary judgment). Plaintiff's only explanation for this rushed but incomplete schedule is its wish to recommence prior to Congress's August recess the investigation underlying this matter.

Plaintiff's proposal should be rejected for several reasons. As an initial matter, it was Plaintiff's own delay in initiating this action that created any purported concern about timing; after all, as the Complaint itself makes clear, Plaintiff has been aware of Defendants' position concerning all issues raised by the Complaint since at least July 10, 2007, if not earlier (*see* Complaint ¶¶ 43, 44, 53, 55) – eight months before filing suit. Plaintiff's stated goal of resolving

this matter so that "its investigation may go forward" before the August recess (Motion at 2) also ignores that the losing party has the option of seeking appellate review, thereby casting doubt on whether there will be any final resolution (even as to Counts I and II) before the August recess. And Plaintiff's schedule fails to include dates for Defendants to file their own dispositive motions, while requiring Defendants to submit their first brief well before the expiration of the sixty-day period applicable to the United States and its officers under Rule 12(a)(3).

In contrast, Defendants propose a comprehensive schedule that avoids bifurcation of the issues; includes dates for Defendants to file their own dispositive motions on all Counts in the Complaint; and moves this case forward quickly but in a manner that provides sufficient time for the parties adequately to brief for the Court complex and important issues – including the extensive documentary and testimonial record already made available to Congress. In particular, Defendants propose that:

> No later than April 21, 2008, Plaintiff files its motion for summary judgment;
>
> No later than May 21, 2008, Defendants file their opposition to plaintiff's motion and their own dispositive motions (and no Answer or response to the Complaint from any Defendant shall be due before this date);
>
> No later than June 18, 2008, Plaintiff files its opposition to Defendants' dispositive motions and its reply memorandum;
>
> No later than July 2, 2008, Defendants file their reply memorandum in support of their dispositive motions.

Defendants respectfully submit that this proposed schedule is an efficient and reasonable one to resolve the important issues raised by this litigation.

Dated: March 19, 2008                    Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General
Federal Programs Branch, Civil Division

JOSEPH H. HUNT
Director, Federal Programs Branch

JAMES J. GILLIGAN
Assistant Branch Director, Federal Programs Branch


   John R. Tyler
JOHN R. TYLER (D.C. Bar No. 297713)
NICHOLAS OLDHAM (D.C. Bar No. 484113)
HELEN H. HONG
20 Massachusetts Avenue, N.W. Rm 7344
Washington, DC  20044
Telephone: (202) 514-2356

ATTORNEYS FOR DEFENDANTS