UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HARRIET MIERS, et al.,<br><br>　　　　Defendants. | Civil Action No.  08-00409 (JDB) |

## SCHEDULING ORDER

Pursuant to the status conference held on this date, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1. Plaintiff's motion for partial summary judgment is due by not later than April 10, 2008.

2. Defendants' opposition and any dispositive cross-motions are due by not later than May 9, 2008.

3. Plaintiff's reply in support of partial summary judgment and opposition to any dispositive cross-motions are due by not later than May 29, 2008.

4. Defendants' reply in support of any dispositive cross-motions are due by not later than June 12, 2008.

5. A motions hearing is scheduled for June 23, 2008 at 10:00 a.m.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date: March 21, 2008