**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, )<br><br>Plaintiff, )<br><br>v. )<br><br>HARRIET MIERS and JOSHUA BOLTEN, in his capacity as custodian of White House records, )<br><br>Defendants. ) | Civil Action No. 1:08cv00409 (JDB) |

**DEFENDANTS' UNOPPOSED MOTION TO FILE EXCESS PAGES**

Defendants, by undersigned counsel, respectfully move this Court for leave to file their Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss and in Opposition to Plaintiff's Motion for Partial Summary Judgment on Counts I and II ("Memorandum") in excess of the forty-five page limitation set forth in Local Rule 7(e). As grounds for this Motion, Defendants state as follows:

1.   Defendants' Memorandum is 74 pages in length. Defendants have made every effort to be concise, but the Memorandum both supports Defendants' Motion to Dismiss and opposes Plaintiff's Motion for Partial Summary Judgment, and in order to adequately brief the legal issues presented at this time, it is necessary to exceed the forty-five page limitation. In the interests of justice, Defendants therefore respectfully request leave to exceed the applicable page limit as to its Memorandum.

2.   Plaintiff's counsel has informed counsel for Defendants that Plaintiff does not oppose the relief requested in this Motion.

Dated: May 9, 2008                                  Respectfully submitted,

                                                    GREGORY G. KATSAS
                                                    Acting Assistant Attorney General

                                                    CARL J. NICHOLS
                                                    Principal Deputy Associate Attorney General

                                                    JOHN C. O'QUINN
                                                    Deputy Associate Attorney General

                                                    JOSEPH H. HUNT
                                                    Director, Federal Programs Branch

                                                    /s/
                                                    JOHN R. TYLER (D.C. Bar No. 297713)
                                                    JAMES J. GILLIGAN (D.C. Bar No. 422152)
                                                    NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
                                                    HELEN H. HONG (CA SBN 235635)
                                                    STEPHEN J. BUCKINGHAM
                                                    Attorneys
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    20 Massachusetts Avenue, N.W.
                                                    Washington, DC  20530
                                                    Telephone: (202) 514-2000

                                                    ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                   Plaintiff,<br><br>     v.<br><br>HARRIET MIERS and<br>JOSHUA BOLTEN, in his capacity as custodian of White House records,<br><br>                   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08cv00409 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

HAVING CONSIDERED the defendants' Unopposed Motion to File Excess Pages, it is hereby this ___ day of _____ 2008, **ORDERED** that defendants' Unopposed Motion to File Excess Pages is **GRANTED**.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE