# United States District Court
# For the District of Columbia

COMMITTEE ON THE JUDICIARY, UNITED
STATE HOUSE OF REPRESENTATIVES,  )
                                 )
         Plaintiff(s)            )   **APPEARANCE**
                                 )
                                 )
         vs.                     )   CASE NUMBER   1:08-cv-00409 (JDB)
HARRIET MIERS, et al.            )
                                 )
         Defendant(s)            )

To the Clerk of this court and all parties of record:

Please enter the appearance of   ALAN D. STRASSER   as counsel in this
                                 (Attorney's Name)

case for:   Former United States Attorneys as Amici Curiae (see attached list)
            (Name of party or parties)

May 29, 2008
Date

                                        *[signature]*
                                        Signature

                                        ALAN D. STRASSER
967885                                  Print Name
BAR IDENTIFICATION
                                        Robbins Russell, et al., 1801 K St NW Ste 411-L
                                        Address

                                        Washington   DC   20006
                                        City         State   Zip Code

                                        (202) 775-4509
                                        Phone Number

### FORMER UNITED STATES ATTORNEYS AS *AMICI CURIAE*

George Beall

Alan Bersin

William Braniff

Zach Carter

Roxanne Conlin

Edward L. Dowd

David C. Iglesias

J. Alan Johnson

B. Todd Jones

Doug Jones

Leon Kellner

Matthew D. Orwig

James K. Robinson

Richard Rossman

Steve Sachs

Donald K. Stern

Atlee W. Wampler III

Edward G. Warin

Dan K. Webb

Sheldon Whitehouse