A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES    )
        Plaintiff(s)    )
        vs.    )    **APPEARANCE**
HARRIET MIERS, et. al.    )
        Defendant(s)    )    CASE NUMBER    1:08-cv-00409 (JDB)

To the Clerk of this court and all parties of record:

Please enter the appearance of __BARRY COBURN__ as counsel in this
        (Attorney's Name)

case for: __Amici Curiae (see list attached)__
        (Name of party or parties)

May 29, 2008
Date

*[Signature]*
Signature

358020
BAR IDENTIFICATION

BARRY COBURN
Print Name

COBURN & COFFMAN, PLLC
1244 19th Street, NW
Address

Washington, D.C. 20036
City    State    Zip Code

(202) 657-4490
Phone Number

***AMICI CURIAE***

Thomas E. Mann
  *The Brookings Institution*

Norman J. Ornstein
  *American Enterprise Institute*

Mark J. Rozell
  *George Mason University*

Mitchel A. Sollenberger
  *University of Michigan–Dearborn*