IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON THE JUDICIARY, ) <br> UNITED STATES HOUSE ) <br> OF REPRESENTATIVES, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> HARRIET MIERS, *et al.* ) <br> ) <br> *Defendants*. ) | Case No. 1:08-cv-00409 (JDB) |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE BRIEF
EXCEEDING PAGE LIMIT**

Plaintiff, by undersigned counsel, respectfully moves this Court for leave to file its combined Memorandum of Points in Opposition to Defendants' Motion to Dismiss in excess of the forty-five (45) page limit and Reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment in excess of the twenty-five (25) page limit set forth in Local Rule 7(e). As grounds for this Motion, Plaintiff states as follows:

1. Plaintiff's combined Memorandum is approximately seventy-seven (77) pages in length. Plaintiff has made every effort to be concise, but the Memorandum both responds to Defendants' Motion to Dismiss and replies to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment. Defendants' Memorandum was seventy-five (75) pages in length in 11.5 point font. In contrast, Plaintiff's Memorandum uses standard 12 point font. In order to brief the many legal issues raised by the

    Defendants and address Defendants' arguments, it is necessary to exceed the page limit.  In the interests of justice, Plaintiff therefore respectfully requests leave to file a brief exceeding the applicable page limit as to this Memorandum.

2.  Defendants' counsel has informed counsel for the Plaintiff that the Defendants do not oppose the relief requested in this Motion.

    Respectfully submitted,

    _____
    IRVIN B. NATHAN, D.C. Bar # 90449
    General Counsel
    KERRY W. KIRCHER, D.C. Bar # 386816
    Deputy General Counsel
    CHRISTINE M. DAVENPORT
    Assistant Counsel
    JOHN D. FILAMOR, D.C. Bar # 476240
    Assistant Counsel
    RICHARD A. KAPLAN, D.C. Bar # 978813
    Assistant Counsel
    KATHERINE E. MCCARRON, D.C. Bar # 486335
    Assistant Counsel

    Office of General Counsel
    U.S. House of Representatives
    219 Cannon House Office Building
    Washington, D.C.  20515
    (202) 225-9700 (telephone)
    (202) 226-1360 (facsimile)

    Counsel for Plaintiff
    Committee on the Judiciary of the
    U.S. House of Representatives

Dated: May 29, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
COMMITTEE ON THE JUDICIARY,   )
UNITED STATES HOUSE              )
OF REPRESENTATIVES,              )
                                          )   Case No. 1:08-cv-00409 (JDB)
            *Plaintiff*,                  )
                                          )
        v.                                )
                                          )
HARRIET MIERS, *et al.*              )
                                          )
                                          )
            *Defendants*.              )
_____)

**[PROPOSED] ORDER**

HAVING CONSIDERED the Plaintiff's Unopposed Motion to File Brief Exceeding Page Limit, is it hereby this ____ day of _____ 2008, **ORDERED** that Plaintiff's Unopposed Motion to File Brief Exceeding Page Limit is **GRANTED**.


                                         _____
                                         JOHN D. BATES
                                         UNITED STATES DISTRICT JUDGE