AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Committee on the Judiciary, United States  
House of Representatives                )  
           Plaintiff(s)        )   **APPEARANCE**  
                               )  
                    vs.        )   CASE NUMBER  
Harriet Miers, et al.                    )  
           Defendant(s)        )  

To the Clerk of this court and all parties of record:

Please enter the appearance of __Robert V. Zener__ as counsel in this  
                   (Attorney's Name)

case for: __Messrs. Inouye, Whitehouse, Cohen, Evans, and Edwards, Amici Curiae__  
                   (Name of party or parties)

May 29, 2008  
Date

*[Signature]*  
Signature

DC Bar 197699  
BAR IDENTIFICATION

Robert V. Zener  
Print Name

2020 K Street, N.W.  
Address

Washington, D.C.  20006  
City    State    Zip Code

(202) 373-6791  
Phone Number

**PRESENT AND FORMER MEMBERS OF CONGRESS AS AMICI CURIAE**

Senator Daniel K. Inouye
Senator Sheldon Whitehouse
Former Senator William S. Cohen
Former Representative Mickey Edwards
Former Representative Thomas B. Evans, Jr.