AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

COMMITTEE ON THE JUDICIARY, UNITED STATES
HOUSE OF REPRESENTATIVES

        Plaintiff(s)      )  **APPEARANCE**

        vs.      )  CASE NUMBER   1:08-cv-00409 (JDB)

Harriet Miers, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of ____James Hamilton____ as counsel in this
                                (Attorney's Name)

case for: ____Former United States Attorneys as Amici Curiae (see attached list)____
                         (Name of party or parties)

May 29, 2008
Date

*/s/ James Hamilton*
Signature

James Hamilton
Print Name

108928
BAR IDENTIFICATION

2020 K Street, N.W.
Address

Washington, D.C.  20006
City     State     Zip Code

(202) 373-6026
Phone Number

**PRESENT AND FORMER MEMBERS OF CONGRESS AS AMICI CURIAE**

Senator Daniel K. Inouye
Senator Sheldon Whitehouse
Former Senator William S. Cohen
Former Representative Mickey Edwards
Former Representative Thomas B. Evans, Jr.