**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                )
COMMITTEE ON THE JUDICIARY                      )
                                                )
            Plaintiff,                          )
                                                )
      v.                                        )   **Case No. 1:08-cv-00409**
                                                )
HARRIET MIERS, *et. al*                         )
                                                )
            Defendants.                         )
_____)

## NOTICE OF SUBSTITION

To the Clerk of this Court, the parties and amici-movants of record:

Please take notice that Daniel M. Flores, Republican Chief Counsel, Subcommittee on Commercial and Administrative Law, Committee on the Judiciary, United States House of Representatives, hereby substitutes himself for Richard A. Hertling and appears as counsel of record on behalf of Amici-Movants Representatives John Boehner, Roy Blunt, Lamar Smith, and Chris Cannon in the above-captioned case. Mr. Flores' contact information appears below.

        Respectfully submitted,

        /s/  Daniel M. Flores
        DANIEL M. FLORES
        (D.C. Bar No. 418586)
        Counsel of Record
        Republican Chief Counsel, Subcommittee on
        Commercial and Administrative Law
        Committee on the Judiciary
        United States House of Representatives
        Washington, D.C. 20515
        (202) 225-6906
        Email: daniel.flores@mail.house.gov

Dated: June 12, 2008        Counsel for Amici Curiae

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2008, the foregoing Notice of Substitution will be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will generate automatic service of such filing upon all parties registered to receive such notice.

      /s/ Zachary N. Somers  
      Zachary N. Somers