IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY,<br>UNITED STATES HOUSE<br>OF REPRESENTATIVES,<br><br>                    Plaintiff,<br><br>              v.<br><br>HARRIET MIERS, *et al*.<br><br>                    Defendants. | Case No. 1:08-cv-00409 (JDB) |

**OPPOSITION OF PLAINTIFF COMMITTEE ON THE JUDICIARY TO MOTION OF *AMICI CURIAE* REPRESENTATIVES JOHN BOEHNER, ROY BLUNT, LAMAR SMITH, AND CHRIS CANNON FOR LEAVE TO FILE A SECOND *AMICUS* BRIEF**

Plaintiff Committee on the Judiciary of the U.S. House of Representatives ("Committee") respectfully opposes, and urges the Court to deny, the highly unusual motion of *amici curiae* Representatives John Boehner, Roy Blunt, Lamar Smith, and Chris Cannon for leave to file a second *amicus* brief in this matter at a time when there is no opportunity for the Committee to respond in writing.

The local rules of this Court do not set forth any standards for the filing of *amicus* briefs. However, the Federal Rules of Appellate Procedure and the Supreme Court Rules provide clear guidance by analogy. Both sets of rules contemplate that there will be only one brief filed by a particular *amicus* and that an *amicus* brief must be filed at a time that permits an opposing party to respond in writing. *See* Sup. Ct. R. 37(3)(a) (*amicus* brief to be filed no later than seven days after the principal brief for the party supported is filed); Fed. R. App. P. 29(e) (same). That timing means that the opposing party will have an

1

opportunity to respond to the *amicus* brief either in its opposition brief or in a reply brief. Here, the Committee has already filed its reply brief and has no further opportunity to file an additional brief in response to this proposed second *amicus* brief.

The Appellate Rules also make clear that *amicus* reply briefs are disfavored. The Supreme Court Rules categorically ban *amicus* reply briefs. *See* Sup. Ct. R. 37(3)(a) ("The Clerk will not file a reply brief for an *amicus curiae*."). *Amicus* reply briefs are also highly frowned upon by the Federal Rules of Appellate Procedure. Even with consent, *amicus* may not file a reply brief without express permission of a court. *See* Fed. R. App. P. 29(f) ("Except by the court's permission, an *amicus curiae* may not file a reply brief.").

When an *amicus* brief is unnecessary and the parties are adequately represented, district courts have discretion to deny leave to file an *amicus* brief. *See Jin v. Ministry of State Security*, No. 02-0627, 2008 WL 2252777, *3 (D.D.C. June 3, 2008); *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003); *see also Scitto v. Marple Newton Sch. Dist.*, 70 F. Supp. 2d 553, 555 (E.D. Pa. 1999). In this case, the second *amicus* brief is unnecessary and does not bring any new or relevant issues to the attention of the Court. Furthermore, *amici* raise only one issue—ripeness—in their proposed second *amicus* brief, and that is the same issue they raised in their first *amicus* brief. The motion does not suggest that there is any reason *amici* could not have brought these matters to the attention of the Court in their first *amicus* brief, and it does not argue that *amici* are able to raise an issue that could not be raised by Defendants.[1] Significantly, the Department of Justice does not raise in its memorandum the issue of ripeness.

---

[1] *Amici* are not parties to this matter; they did not seek to intervene pursuant to Federal Rule of Civil Procedure 24; and they have already clearly stated their views in their first *amicus* brief.

2

Finally, the proposed second *amicus* brief is unnecessary because the Defendants are adequately represented.  Defendant Harriet Miers, an attorney in her own right who is affiliated with a large law firm, was represented by a well-regarded private attorney with a different national law firm throughout the Committee's investigation until her representation was taken over by the Department of Justice.  Currently, Ms. Miers and Joshua Bolten both have qualified counsel at the Department of Justice, as well as assistance from the White House Counsel's Office, representing their interests.

If this Court were to grant *amici*'s motion for leave to file a second *amicus* brief, the reply memorandum would provide no particular benefit to the Court but would be prejudicial to the Committee because the Committee would have no opportunity to respond in a written submission.

## CONCLUSION

For all of the foregoing reasons, the motion for leave to file a second *amicus* brief should be denied.  A proposed Order is attached.

Respectfully submitted,

IRVIN B. NATHAN, D.C. Bar # 90449
General Counsel
KERRY W. KIRCHER, D.C. Bar # 386816
Deputy General Counsel
CHRISTINE M. DAVENPORT
Assistant Counsel
JOHN D. FILAMOR, D.C. Bar # 476240
Assistant Counsel
RICHARD A. KAPLAN, D.C. Bar # 978813
Assistant Counsel
KATHERINE E. MCCARRON, D.C. Bar # 486335
Assistant Counsel

Office of General Counsel

U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

Counsel for Plaintiff Committee on the Judiciary
of the U.S. House of Representatives

June 13, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, ) | |
| UNITED STATES HOUSE ) | |
| OF REPRESENTATIVES ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:08-cv-00409 (JDB) |
| HARRIET MIERS, *et al*. ) | |
| ) | |
| *Defendants*. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2008, a copy of the foregoing Plaintiff Committee on the Judiciary's Motion in Opposition to Motion of *Amici Curiae* Representatives John Boehner, Roy Blunt, Lamar Smith, and Chris Cannon for Leave to File a Second *Amicus* Brief was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

               /s/ Katherine E. McCarron
          KATHERINE E. McCARRON, D.C. Bar # 486335

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>HARRIET MIERS, *et al.*<br><br>*Defendants*. | Case No. 1:08-cv-00409 (JDB) |

**[PROPOSED] ORDER**

HAVING CONSIDERED the Plaintiff's Motion in Opposition to Motion of *Amici Curiae* Representatives John Boehner, Roy Blunt, Lamar Smith, and Chris Cannon for Leave to File a Second *Amicus* Brief, it is hereby this ____ day of _____ 2008,

**ORDERED** that the Motion for Leave to File is **DENIED**.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE