UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                Plaintiff,<br><br>    v.<br><br>HARRIET MIERS and<br>JOSHUA BOLTEN, in his capacity as custodian of White House records,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08cv00409 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' RESPONSE TO JUNE 16, 2008 MINUTE ORDER**

In response to the Court's June 16, 2008 Minute Order, Defendants, by undersigned counsel, notify the Court that Carl J. Nichols, Principal Deputy Associate Attorney General, will present argument on behalf of Defendants at the June 23, 2008 hearing.

Dated:  June 19, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

CARL J. NICHOLS
Principal Deputy Associate Attorney General

JOHN C. O'QUINN
Deputy Associate Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

*[Additional Counsel On Next Page]*

/s/ _____
JOHN R. TYLER (D.C. Bar No. 297713)
JAMES J. GILLIGAN (D.C. Bar No. 422152)
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
HELEN H. HONG (CA SBN 235635)
STEPHEN J. BUCKINGHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Telephone: (202) 514-2000

ATTORNEYS FOR DEFENDANTS