IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, <br> UNITED STATES HOUSE <br> OF REPRESENTATIVES, <br> *Plaintiff*, <br> v. <br> HARRIET MIERS, *et al.* <br> *Defendants*. | Case No. 1:08-cv-00409 (JDB) |

**PLAINTIFF'S REPONSE TO JUNE 16, 2008 MINUTE ORDER**

As per the Court's request, the Committee on the Judiciary of the U.S. House of Representatives, by undersigned counsel, hereby notifies the Court that Irvin B. Nathan, General Counsel of the U.S. House of Representatives, will present argument on its behalf at the June 23, 2008 hearing.

         Respectfully submitted,

         IRVIN B. NATHAN, D.C. Bar # 90449
         General Counsel
         KERRY W. KIRCHER, D.C. Bar # 386816
         Deputy General Counsel
         CHRISTINE M. DAVENPORT
         Assistant Counsel
         JOHN D. FILAMOR, D.C. Bar # 476240
         Assistant Counsel

         /s/ Richard A. Kaplan
         RICHARD A. KAPLAN, D.C. Bar # 978813
         Assistant Counsel
         KATHERINE E. MCCARRON, D.C. Bar # 486335
         Assistant Counsel

                                                     Office of General Counsel
                                                     U.S. House of Representatives
                                                     219 Cannon House Office Building
                                                     Washington, D.C. 20515
                                                   (202) 225-9700 (telephone)
                                                   (202) 226-1360 (facsimile)

                                                 Counsel for Plaintiff Committee on the Judiciary
                                                 of the U.S. House of Representatives

Dated: June 19, 2008