## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE
OF REPRESENTATIVES,

                *Plaintiff*,

       v.

HARRIET MIERS, *et al.*

               *Defendants*.

———————————————————

Case No. 1:08-cv-00409 (JDB)

### NOTICE OF A SUPPLEMENTAL FILING IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

As represented by Counsel for the Plaintiff at the oral argument today, and in accordance with the Court's direction, Plaintiff Committee on the Judiciary of the United States House of Representatives has filed the Declaration of Erin D. Auerbach and a chart entitled, "Non-Exhaustive List of High-Level Presidential Aides Who Complied With Congressional Subpoenas Between 1973 and 2007," in further support of Plaintiff's pending Motion for Partial Summary Judgment.

/s/ Irvin B. Nathan
IRVIN B. NATHAN, D.C. Bar # 90449
General Counsel
KERRY W. KIRCHER, D.C. Bar # 386816
Deputy General Counsel
CHRISTINE M. DAVENPORT
Assistant Counsel
JOHN D. FILAMOR, D.C. Bar # 476240
Assistant Counsel
RICHARD A. KAPLAN, D.C. Bar # 978813
Assistant Counsel
KATHERINE E. MCCARRON, D.C. Bar # 486335
Assistant Counsel

Office of General Counsel
U.S. House of Representatives

219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Counsel for Plaintiff Committee on the Judiciary
of the U.S. House of Representatives

Dated: June 23, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,  )
UNITED STATES HOUSE  )
OF REPRESENTATIVES,  )
      )
      *Plaintiff,*  )
      )
      v.  )  Case No. 1:08-cv-00409 (JDB)
      )
HARRIET MIERS, *et al.*  )
      )
      )
      *Defendants.*  )
      )

### DECLARATION OF ERIN D. AUERBACH

I, Erin D. Auerbach, declare the following:

1. I am a Law Clerk in the Office of the General Counsel for the United States House of Representatives ("House").

2. I created the attached chart, upon information and belief, of high-level presidential aides who received congressional subpoenas for testimony or documents between the years 1973 and 2007, and then testified before or produced documents to the requesting committee.

3. The information in the chart was verified through discussions with the Committee on Natural Resources and the Committee on Oversight and Government Reform of the United States House of Representatives (collectively "Committees"), the records of the Committees, the records of the Office of the General Counsel for the United States House of Representatives, news articles, Westlaw transcripts of congressional hearings and reports, the final report of the U.S. Senate Select Committee on Presidential Campaign Activities regarding Watergate and Related Activities, and a Congressional Research Service Report entitled, *Presidential Advisers' Testimony Before Congressional Committees: An Overview*, updated March 17, 2008, authored by Harold C. Relyea and Todd B. Tatelman.

I declare under penalty of perjury that the foregoing is true and correct. Executed in

Washington, D.C. this 23rd day of June 2008.

Erin D. Auerbach

# Non-Exhaustive List of High-Level Presidential Aides
## Who Complied With Congressional Subpoenas Between 1973 and 2007

| | Name | Title | Committee | Date of Testimony or Date of Document Request | Pursuant to Subpoena |
|---|---|---|---|---|---|
| 1. | Jeb Magruder | Special Assist. to the President | Senate Select Comm. on Presidential Campaign Activities | 1973 | Yes |
| 2. | John W. Dean III | Counsel to the President | Senate Select Comm. on Presidential Campaign Activities | 7/19/1973 | Yes |
| 3. | John Ehrlichman | Counsel and Assist. to the President for Domestic Affairs | Senate Select Comm. on Presidential Campaign Activities | 7/24/1973 | Yes |
| 4. | Harry Robins Haldeman | White House Chief of Staff | Senate Select Comm. on Presidential Campaign Activities | 7/30/1973 | Yes |
| 5. | General Alexander M. Haig, Jr. | Staff Coordinator to the President | Senate Select Comm. on Presidential Campaign Activities | 5/2/1974 | Yes |
| 6. | Lieutenant Colonel Oliver North | National Security Council Staff | House Select Comm. to Investigate Covert Arms Transactions with Iran | 3/24/1987 | Yes |
| 7. | John M. Poindexter | National Security Adviser | House Select Comm. to Investigate Covert Arms Transactions with Iran | 3/18/1987 | Yes |
| 8. | Bernard Nussbaum | Counsel to the President | House Comm. on Government Reform and Oversight | 6/26/1996 | Yes |
| 9. | Kathleen A. McGinty | Council on Envt'l Quality, Deputy Assist. to the President | House Comm. on Resources | 10/16/1997 | Yes |

## Non-Exhaustive List of High-Level Presidential Aides
## Who Complied With Congressional Subpoenas Between 1973 and 2007

| | | | | |
|---|---|---|---|---|
| 10. | Charles F.C. Ruff | Counsel to the President | House Comm. on Government Reform and Oversight | Subpoena Duces Tecum Documents dated: 3/4/1997 |
| 11. | Charles F.C. Ruff | Counsel to the President | House Comm. on Government Reform and Oversight | Subpoena Duces Tecum Documents dated: 4/23/97 (2 different subpoenas) |
| 12. | Charles F.C. Ruff | Counsel to the President | House Comm. on Government Reform and Oversight | Subpoena Duces Tecum Documents dated: 4/24/97 (2 different subpoenas) |
| 13. | Charles F.C. Ruff | Counsel to the President | House Comm. on Government Reform and Oversight | Subpoena Duces Tecum Documents dated: 4/29/97 (2 different subpoenas) |
| 14. | Marsha Scott | Deputy Director and Chief of Staff of Presidential Personnel | House Comm. on Government Reform | Subpoena Duces Tecum 4/1/1998 Yes |
| 15. | Marsha Scott | Deputy Director and Chief of Staff of Presidential Personnel | House Comm. on Government Reform | Subpoena 4/28/1998 Yes |
| 16. | Mark Lindsay | Assist. to the President and Director of White House Management and Administration | House Comm. on Government Reform | Subpoena 3/23/2000 Yes |
| 17. | Dimitri Nionakis | Associate Counsel to the President | House Comm. on Government Reform | 5/4/2000 Yes |
| 18. | Cheryl D. Mills | Deputy Counsel to the | Comm. on Government Reform | 5/4/2000 Yes |

2

# Non-Exhaustive List of High-Level Presidential Aides
## Who Complied With Congressional Subpoenas Between 1973 and 2007

|  |  | President |  |  |  |
|---|---|---|---|---|---|
| 19. | Beth Nolan | Counsel to the President | House Comm. on Government Reform | 3/23/2000 | Yes |
| 20. | Beth Nolan | Counsel to the President | House Comm. on Government Reform | 3/30/2000 | Yes |
| 21. | Beth Nolan | Counsel to the President | House Comm. on Government Reform | 5/4/2000 | Yes |
| 22. | Michael Lyle | Director, Executive Office of the President, Office of Administration | House Comm. on Government Reform | 5/3/2000 | Yes |
| 23. | John Podesta | Chief of Staff to the President | House Comm. on Government Reform | 3/1/2001 | Yes |
| 24. | J. Scott Jennings | Special Assist. to the President and Deputy White House Political Director | Senate Comm. on the Judiciary | 8/2/2007 | Yes |
| 25. | Sara M. Taylor | former Deputy Assistant to the President and Director of the Office of Political Affairs | Senate Comm. on the Judiciary | 7/11/2007 | Yes |

3