UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                Plaintiff,<br><br>      v.<br><br>HARRIET MIERS and<br>JOSHUA BOLTEN, in his capacity as custodian of White House records,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:08cv00409 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given this 7th day of August, 2008, that defendants, Harriet Miers and Joshua Bolten, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order [48] of this Court entered on the 31st day of July, 2008.

Dated: August 7, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

CARL J. NICHOLS
Principal Deputy Associate Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

/s/
JOHN R. TYLER (D.C. Bar No. 297713)
JAMES J. GILLIGAN (D.C. Bar No. 422152)
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
HELEN H. HONG (CA SBN 235635)
STEPHEN J. BUCKINGHAM

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Telephone: (202) 514-2356
Email: John.Tyler@usdoj.gov

ATTORNEYS FOR DEFENDANTS