UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY, U.S.
HOUSE OF REPRESENTATIVES,

    Plaintiff,

    v.

HARRIET MIERS, et al.,

    Defendants.

Civil Action No.  08-00409 (JDB)

## ORDER

The Court has reviewed the parties' submissions relating to the Executive's motion for stay pending appeal.  Significantly, both sides have indicated that there have been renewed discussions concerning the possibility of reaching a negotiated accommodation in this matter.  See Defs.' Reply at 3; Pl.'s Opp'n at 3.  At the same time, both sides have also suggested that the Court's resolution of the motion for stay one way or the other may have some effect on those negotiations.  Thus, it is hereby **ORDERED** that each side shall file a status report (of no longer than five pages) by 2:00 p.m. on August 22, 2008 updating the Court on the current state of the negotiations between the parties.  Both sides should address whether prompt resolution of the motion for stay pending appeal will be either helpful or harmful to the renewed accommodation discussions.  The parties should not, however, simply reiterate the arguments contained in the briefing on the pending motion.

    **SO ORDERED**.

                                    /s/
                          JOHN D. BATES
             UNITED STATES DISTRICT JUDGE

Date: August 20, 2008