**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
COMMITTEE ON THE JUDICIARY,              )
UNITED STATES HOUSE                      )
OF REPRESENTATIVES,                      )
                                                    )        **Case No. 1:08-cv-00409 (JDB)**
                         *Plaintiff*,              )
                                                    )
              v.                                    )
                                                    )
HARRIET MIERS, *et al.*,                 )
                                                    )
                                                    )
                         *Defendants*.            )
_____)

<u>**PLAINTIFF COMMITTEE ON THE JUDICIARY'S UPDATE ON**</u>
<u>**THE CURRENT STATE OF NEGOTIATIONS BETWEEN THE PARTIES**</u>

Plaintiff Committee on the Judiciary of the U.S. House of Representatives

("Committee"), through undersigned counsel, respectfully submits this response to the Court's

August 20, 2008 order.

Only a prompt denial of the motion for a stay pending appeal will provide an opportunity

for the parties to move their negotiations forward meaningfully.  As reflected in the

accompanying Declaration (Exhibit 1), the White House indicated during the two meetings

between the parties following the Court's July 31, 2008 order ("Order") that it would not agree

to any of the proposals put forth by the Committee or make any serious proposals of its own

while the prospect of a stay remained available.  Thus, no significant progress has been made

and, until the Committee received a last-minute request from the White House after the Court's

request for a status update,[1] no future meetings or communications had been scheduled.  As even

_____

[1] *See* Exhibit 2.  This exhibit is an email the Committee received this morning requesting a meeting next
week between the parties to discuss the "next step" in the negotiations.  This email is not reflected in Mr.
Mincberg's Declaration, which was signed on the afternoon of August 21, 2008.  Mr. Mincberg is

the White House's latest meeting request indicates, as long as Defendants do not have a court-inspired incentive to negotiate a resolution to this matter, it is highly unlikely that they will do so.

On August 1, 2008, the day following the Court's Order, Committee Chairman John Conyers, Jr., wrote Counsel to the President Fred F. Fielding and Ms. Miers's private attorney, George T. Manning, seeking to restart the parties' long-dormant negotiations. *See* Defs.' Stay Mot. Exhs. 1, 2. The White House initially did not respond, but rather, on August 7, 2008, the Department of Justice ("Department") filed a notice of appeal and a motion for a stay pending appeal with this Court. *After* the Department's filing, Mr. Fielding responded to the Chairman's letter on August 8, 2008. Mr. Fielding first stated that the "Department of Justice has filed an appeal in this matter, and is also seeking a stay of the decision pending review," and in that context he agreed he would be amenable to a meeting between the staffs the following week. *See* Defs.' Stay Reply Exh. 1.

The parties met on two occasions during the week of August 11, 2008.[2] During those meetings, Emmet Flood, Special Counsel to the President, indicated the White House may be willing to abandon the all-or-nothing position it has assumed for more than seventeen months, but also indicated the White House could not and would not make any specific meaningful proposals to resolve the overall dispute until after the Court ruled on Defendants' motion for a stay. Moreover, despite the Committee's willingness to meet again the following week, Mr. Flood informed the Committee that the White House could not participate in further negotiations

---

traveling out of town Friday and was unable to update his Declaration. The Committee agreed to meet with the White House at the earliest time the White House made available, 5 p.m. on August 26, 2008.

[2] As noted in the accompanying Declaration, *see* Exh. 1, ¶ 4, the parties agreed that the specifics of the conversations would remain confidential, and we are attempting to adhere to that agreement while reporting an overview of the meetings as directed by the Court.

prior to the status conference because he would be unavailable.  Thus, the limited discussions were halted, and until this Court asked for a status update, the parties had no meetings or communications scheduled.

It is plain to the Committee that Defendants have little desire to negotiate a reasonable accommodation unless the stay is actually denied.  Defendants' failure to engage in meaningful negotiations comports with their approach throughout the Committee's investigation and this litigation.  Every time the Committee has sought to engage in substantive negotiations, Defendants ultimately have resisted.  Indeed, the only plausible reason the White House reengaged with the Committee earlier this month is the Court's Order – the very Order they are seeking to have overturned immediately in the Court of Appeals.  And the Court's latest order requesting this status update is the likely justification for the White House's apparent change of heart regarding further pre-conference meetings.[3]  Thus, if the Court fails to deny promptly Defendants' motion for a stay, the White House will likely persist in some form of its unacceptable "take-it-or-leave-it" stance.  And despite the Committee's expressed willingness to negotiate, such White House intransigence will mean that the important underlying matters will not be resolved during this Congress.

## CONCLUSION

For the foregoing reasons, as well as those in our prior submissions, the Committee respectfully encourages the Court to rule on promptly – and deny – Defendants' motion for a stay pending appeal.

---

[3] Further evidence of the fact that the White House is likely to negotiate meaningfully only if compelled by the Court is its previous request that "[i]f the Court did not intend its order to have injunctive effect, defendants respectfully request that the Court so clarify and make explicit that . . . Ms. Miers is not actually obligated to appear before the Committee until further order of this Court."  Defs.' Stay Reply at 6.  It appears from this request that unless actually ordered by the Court, the White House would not view the Court's declaration of law as sufficient to satisfy its duty to comply with the law.

Respectfully submitted,

/s/ Irvin B. Nathan
IRVIN B. NATHAN, D.C. Bar # 90449
General Counsel
KERRY W. KIRCHER, D.C. Bar # 386816
Deputy General Counsel
JOHN D. FILAMOR, D.C. Bar # 476240
Assistant Counsel
RICHARD A. KAPLAN, D.C. Bar # 978813
Assistant Counsel
KATHERINE E. MCCARRON, D.C. Bar # 486335
Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

Counsel for Plaintiff Committee on the Judiciary
of the U.S. House of Representatives

Dated: August 22, 2008

# Exhibit 1

**Case No. 1:08-cv-00409 (JDB)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY,<br>UNITED STATES HOUSE<br>OF REPRESENTATIVES,<br><br>        *Plaintiff,*<br><br>        v.<br><br>HARRIET MIERS, *et al.*,<br><br><br>        *Defendants.* | )<br>)<br>)<br>)<br>)  **Case No. 1:08-cv-00409 (JDB)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ELLIOT M. MINCBERG

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.  I am Chief Counsel for Oversight and Investigations for the U.S. House of Representatives Committee on the Judiciary ("Committee"). I have been employed by the Committee since January 2007.

2.  Along with other members of the Committee staff, I have participated in negotiations with the White House Counsel's Office on matters concerning the Committee's investigation into the politicization of the Department of Justice ("Department"), including the forced resignations of United States Attorneys in 2006. As such, I have personal knowledge of the ongoing negotiations.

3.  On August 1, 2008, the day after the Court's Order, Committee Chairman John Conyers, Jr., sent a letter to Counsel to the President Fred Fielding, proposing a meeting so the parties could attempt to negotiate a resolution to this matter. On August 8, 2008, Mr. Fielding responded to this letter and agreed to recommence discussions. As a result, there have been two meetings involving Committee staff and the White House Counsel's Office. While there have been preliminary discussions, no concrete progress has been made.

4.  The first meeting took place on Wednesday, August 13, 2008. I represented the Committee along with Staff Director and Chief Counsel Perry H. Apelbaum and Counsels Sam Sokol and Eric Tamarkin ("Committee staff"). The White House Counsel's Office was represented by Special Counsel to the President Emmet Flood, and Associate Counsel Mike Purpura. The Committee's Minority Chief of Staff and General Counsel Sean McLaughlin, and Minority Chief Counsel

Daniel Flores, also participated. The parties agreed that the specifics of the conversations would remain confidential, and we will attempt to adhere to that agreement while reporting the results of the meetings as directed by the Court.

5. At the first meeting, Mr. Flood described his view of the relevant documents and identified general areas of sensitivity to the White House. Mr. Flood also indicated that, at some point in the future, the White House intended to move off the negotiating position it has held since March 2007. However, he conveyed that whether the White House will provide witnesses or a further description of the documents would be determined largely by whether the stay is granted.

6. Committee staff referenced the Committee's previous proposals, which remain on the table, and asked for a proposal from the White House to further the discussions. Mr. Flood declined to make any proposal at that time. He also stated that he would be out of the country from Monday, August 18, through Tuesday, August 26, 2008 – the day before the status conference – and that no meetings could take place during that time. Accordingly, the parties agreed to meet once more later that week before Mr. Flood's departure.

7. The second meeting took place on Friday, August 15, 2008. Committee staff described Chairman Conyers's genuine willingness to consider any fair overall compromise that included testimony or information from witnesses like Ms. Miers. Staff explained the Committee appreciated the White House's particular concerns and suggested they could be accommodated through the process previously followed by the Committee and the Department, and similar to the process used by another Committee and the White House. The Committee staff also offered to work with the White House immediately to develop a joint draft proposal. Committee staff indicated that any concrete White House offer accommodating these concerns would be seriously considered. However, no proposal was made by the White House Counsel's Office, nor was there any indication when such a proposal would be offered. Mr. Flood indicated he would take back to his superiors the message. No further meeting has been scheduled.

8. The Committee staff made clear that it was willing and able to negotiate with other representatives of the White House Counsel's Office throughout the time Mr. Flood was unavailable, but there have been no communications from the White House since the August 15 meeting.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of August 2008.

Elliot M. Mincberg

# Exhibit 2

**Case No. 1:08-cv-00409 (JDB)**

**Apelbaum, Perry**

| | |
|---|---|
| **From:** | Smith, Barbara A. [Barbara_A._Smith@who.eop.gov] |
| **Sent:** | Friday, August 22, 2008 9:09 AM |
| **To:** | Apelbaum, Perry; Mincberg, Elliot |
| **Subject:** | message from Emmet Flood |

Emmet asked me to email you.

I understand he called but was unable to reach Elliot yesterday.  Emmet has a proposal for a next step and would like to schedule a meeting for later Tuesday afternoon, Thursday, or Friday.  I am happy to help you set that up or, if you want to discuss, please call Mike Purpura at 202-456-5732.

Thanks,
Barbara

Barbara A. Smith
Deputy Associate Director
White House Counsel's Office
P: 202.456.7275 | F: 202.456.5440 | C: 202.494.5065
BASmith@who.eop.gov