UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                    Plaintiff,<br><br>        v.<br><br>HARRIET MIERS and<br>JOSHUA BOLTEN, in his capacity as custodian of White House records,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08cv00409 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' STATUS REPORT IN RESPONSE TO THE COURT'S ORDER [54]**

Pursuant to the Court's August 20, 2008 Order [54], defendants respectfully submit this status report to provide an update "on the current state of the negotiations between the parties" and to "address whether prompt resolution of the motion for stay pending appeal will" facilitate or impede any accommodation discussions. Order [54] at 1.

1.      The parties' representatives have agreed that the specifics of their negotiations will remain confidential. Defendants can state generally, however, that the parties have recommenced discussions to determine whether a negotiated resolution may obviate the need for continued litigation. The parties have met twice since the Court issued its decision on July 31, 2008, and another meeting is scheduled for August 26. During the meetings, both sides have indicated a desire to reach a negotiated resolution, and defendants are hopeful that such discussions will be fruitful.

2.      Defendants believe that the prompt entry of a stay significantly enhances the prospects for a negotiated resolution. The Committee has demanded immediate and full compliance with the Court's Order of July 31. Should uncertainty about the Court's decision on the motion for a stay pending appeal persist, the Committee will have less incentive to negotiate with defendants

because, as the date of Congress's return from recess approaches, defendants will be in an increasingly difficult position to resist compliance with the Committee's demands. Absent a decision on the motion for a stay by next week, defendants will face the choice of either running the risk of being in violation of the Court's Order of July 31 by declining the Committee's demands, or complying with those demands and likely losing their ability to pursue a meaningful appeal. Under those circumstances, the Committee would sense it is more likely to obtain the full relief it has sought through delay or inaction in negotiations, unless defendants were to seek and obtain interim relief in the Court of Appeals. In contrast, staying the Court's Order now will make it more likely that both parties will continue to conduct good faith negotiations.

Dated: August 22, 2008                     Respectfully submitted,

                                           GREGORY G. KATSAS
                                           Assistant Attorney General

                                           CARL J. NICHOLS
                                           Principal Deputy Associate Attorney General

                                           JOHN C. O'QUINN
                                           Deputy Assistant Attorney General

                                           JOSEPH H. HUNT
                                           Director, Federal Programs Branch

                                           /s/
                                           JOHN R. TYLER (D.C. Bar No. 297713)
                                           JAMES J. GILLIGAN (D.C. Bar No. 422152)
                                           NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
                                           HELEN H. HONG (CA SBN 235635)
                                           STEPHEN J. BUCKINGHAM
                                           Attorneys
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue, N.W.
                                           Washington, DC  20530
                                           Telephone: (202) 514-2356

Email: John.Tyler@usdoj.gov

ATTORNEYS FOR DEFENDANTS