UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HARRIET MIERS and  )<br>JOSHUA BOLTEN, in his capacity as custodian  )<br>of White House records,  )<br>)<br>Defendants.  )<br>)  | Civil Action No. 1:08cv00409 (JDB) |

## DEFENDANTS' SUPPLEMENTAL STATUS REPORT

As both parties indicated in documents filed today with the Court, the parties' representatives agreed that the specifics of their negotiations would remain confidential. *See* Defendants' Status Report at para. 1; Plaintiff's Status Report, Exhibit 1, para. 4 ("The parties agreed that the specifics of the conversations would remain confidential . . . ."). Despite this agreement, the Committee has purported to reveal detailed information concerning the substance of the parties' meetings last week. *See* Plaintiff's Status Report at 2-3. While the breach itself is troubling, the Committee has exacerbated the problem by presenting an inaccurate, incomplete, and misleading description of the discussions. Although Defendants intend to continue to honor their confidentiality undertakings, in the event that the Court determines that it would be appropriate to consider a formal factual submission from Defendants detailing the particulars of the negotiations, we will provide one either in writing or at Wednesday's status conference.

Dated: August 22, 2008                Respectfully submitted,

                                      GREGORY G. KATSAS
                                      Acting Assistant Attorney General

                                      CARL J. NICHOLS
                                      Principal Deputy Associate Attorney General

                                      JOHN C. O'QUINN
                                      Deputy Assistant Attorney General

                                      JOSEPH H. HUNT
                                      Director, Federal Programs Branch

                                      __/s/_____
                                      JOHN R. TYLER (D.C. Bar No. 297713)
                                      JAMES J. GILLIGAN (D.C. Bar No. 422152)
                                      NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
                                      HELEN H. HONG (CA SBN 235635)
                                      STEPHEN J. BUCKINGHAM
                                      Attorneys
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      20 Massachusetts Avenue, N.W.
                                      Washington, DC  20530
                                      Telephone: (202) 514-2356
                                      Email: John.Tyler@usdoj.gov

                                      ATTORNEYS FOR DEFENDANTS