UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES,**<br><br>Plaintiff,<br><br>v.<br><br>**HARRIET MIERS, et al.,**<br><br>Defendants. | Civil Action No.  08-0409 (JDB) |

## ORDER

Upon consideration of [51] defendants' motion for a stay pending appeal of the Court's July 31, 2008 Order, the opposition and reply thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the motion is **DENIED**.

**SO ORDERED**.

/s/
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Date: August 26, 2008

-1-