**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

COMMITTEE ON THE JUDICIARY, UNITED                )
STATES HOUSE OF REPRESENTATIVES,                  )
                                                                                                         )
                                                   Plaintiff,            )
                                                                                                         )
                          v.                                                      )  Civil Action No. 1:08cv00409 (JDB)
                                                                                                         )
HARRIET MIERS and                                                   )
JOSHUA BOLTEN, in his capacity as custodian   )
of White House records,                                             )
                                                                                                         )
                                                 Defendants.        )
                                                                                                         )

**DEFENDANTS' STATUS REPORT**

Pursuant to the Minute Order of December 30, 2008, defendants hereby submit the

following status report to answer the two questions posed by the Court in that Order.

As required by the Presidential Records Act, 44 U.S.C. §§ 2201-2207 ("PRA"), all

presidential records transfer into the legal custody of the Archivist of the United States at the

conclusion of the President's term of office (for this President, at noon on January 20, 2009).  As

set forth in section 2203(f)(1) of the PRA, "[u]pon conclusion of a President's term of office, or

if a President serves consecutive terms upon the conclusion of the last term, the Archivist of the

United States *shall* assume responsibility for the custody, control and preservation of, and access

to, the Presidential records of that President."  Once the Archivist assumes custody of

presidential records, he is directed to "deposit all such Presidential records in a Presidential

archival depository or another facility operated by the United States."  Id. § 2203(f)(2).  The

Archivist also has "an affirmative duty to make [presidential] records available to the public as

rapidly and completely as possible consistent with the" restricted access provisions set forth in section 2204 of the PRA. Id. § 2203(f)(1).

Although the PRA generally restricts access to presidential records for a period of five years (or until the Archivist completes processing and organizing the records), and further restricts disclosure of certain categories of information for a period of up to 12 years when presidential records are requested under the Freedom of Information Act, *see* 44 U.S.C. § 2204, the PRA contains special-access provisions that are relevant here. First, "[n]otwithstanding any restrictions on access imposed pursuant to section 2204, . . . subject to any rights, defenses, or privileges which the United States or any agency or person may invoke, Presidential records shall be made available . . . pursuant to subpoena or other judicial process issued by a court of competent jurisdiction for the purposes of any civil or criminal investigation or proceeding[.]" 44 U.S.C. § 2205(2)(A). Second, the same exceptions to restricted access apply to requests for access to presidential records of a former President by "an incumbent President if such records contain information that is needed for the conduct of current business of his office and that is not otherwise available." Id. § 2205(2)(B).

As required by the PRA, the materials responsive to Plaintiff's subpoenas will be boxed, labeled, segregated and sent to the Archivist of the United States for preservation on or before January 20, 2009. Materials responsive to the subpoenas will not be retained at the Department of Justice for transfer to the incoming Attorney General and his staff, nor will they be retained at the White House for transfer to the incoming White House Counsel and his staff; indeed, it is not clear that such steps would be consistent with the PRA. Instead, Section 2205(2)(B) grants the incumbent President the authority to request access to these materials if they "contain

information that is needed for the conduct of current business of his office and that is not otherwise available."

In addition, the General Counsel of the U.S. National Archives and Records Administration ("NARA") has agreed, pursuant to a request by the Counsel to the President, to store, segregate and maintain these materials at NARA's facility in Washington, D.C., until the case is finally resolved, under appropriate security and in a manner that will enable ready access to them, if necessary.

As a result, materials responsive to the Plaintiff's subpoenas will continue to be preserved in a manner that would allow their production if required by Court order. Accordingly, the Committee provides no basis for any "order providing for such relief as will remove any potential additional complications to the relief sought by the Committee," because no complications will limit access to the records if required by Court order.

Dated: January 5, 2009                    Respectfully submitted,

                                          GREGORY G. KATSAS
                                          Assistant Attorney General

                                          CARL J. NICHOLS
                                          Principal Deputy Associate Attorney General

                                          JOHN C. O'QUINN
                                          Deputy Assistant Attorney General

                                          JOSEPH H. HUNT
                                          Director, Federal Programs Branch

                                          _____/s/_____
                                          JOHN R. TYLER (D.C. Bar No. 297713)
                                          JAMES J. GILLIGAN (D.C. Bar No. 422152)
                                          NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
                                          HELEN H. HONG (CA SBN 235635)
                                          STEPHEN J. BUCKINGHAM

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Telephone: (202) 514-2356
Email: John.Tyler@usdoj.gov

ATTORNEYS FOR DEFENDANTS